AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| STEPHANIA DUQUE CORREA<br><br>*Plaintiff(s)*<br>v.<br>BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:26-cv-60383-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BMU RETAIL GROUP, INC.
c/o Vasili Bykau, its Registered Agent
100 E Broward Boulevard, 103
Fort Lauderdale, Florida 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/11/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| STEPHANIA DUQUE CORREA<br><br>*Plaintiff(s)*<br>v.<br>BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU<br><br>*Defendant(s)* | Civil Action No. 0:26-cv-60383-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARRIAGADA GOURMET FOODS I, INC.
c/o Vasili Bykau, its Registered Agent
1945 S Ocean Drive, 603
Hallandale Beach, Florida 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/11/2026

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| STEPHANIA DUQUE CORREA<br><br>*Plaintiff(s)*<br>v.<br>BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU<br><br>*Defendant(s)* | Civil Action No. 0:26-cv-60383-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ISMWAYS INC.
c/o Sanzhar Ismailov, its Registered Agent
1901 Atlantic Shores Boulevard, Townhouse #6
Hallandale Beach, Florida 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/11/2026

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| STEPHANIA DUQUE CORREA <br><br> *Plaintiff(s)* <br> v. <br> BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU <br><br> *Defendant(s)* | Civil Action No. 0:26-cv-60383-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VASILI BYKAU
19599 Broad Shore Walk
Loxahatchee, Florida 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/11/2026

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts