# **RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60383-DMM

Plaintiff: **STEPHANIA DUQUE CORREA**
vs.
Defendant: **BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 13th day of February, 2026 at 2:17 pm to be served on **BMU RETAIL GROUP, INC c/o Vasili Bykau, its Registered Agent, 100 E Broward Boulevard, 103, Fort Lauderdale, FL 33301**.

I, Ernesto Avila, do hereby affirm that on the **17th day of February, 2026** at **1:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Nick Viscaino c/o Vasili Bykau, its Registered Agent, as Manager,** for BMU RETAIL GROUP, INC c/o Vasili Bykau, its Registered Agent, at the address of: **100 E Broward Blvd, 103, Ft Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Additional Information pertaining to this Service:**
2/17/2026  1:20 pm  Served at Sarpinos Pizza located at 100 E Broward Blvd.Suite 103, Fort Lauderdale, FL 33301. Vasili Bykau was not available but Nick Viscaino, manager, said he works for Vasili Bykau and he is authorzed to accept service.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 200, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000159

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e