# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60383-DMM

**Plaintiff: STEPHANIA DUQUE CORREA**
vs.
**Defendant: BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 13th day of February, 2026 at 2:17 pm to be served on **ARRIAGADA GOURMET FOODS I, INC. c/o Vasili Bykau, its Registered Agent, 1945 S Ocean Drive, 603, Hallandale Beach, FL 33009**.

I, Ernesto Avila, do hereby affirm that on the **17th day of February, 2026** at **1:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Nick Viscaino c/o Vasili Bykau, its Registered Agent** as **Manager** for **ARRIAGADA GOURMET FOODS I, INC.**, at the alternate address of: **100 E Broward Blvd, 103, Ft Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Military Status:** The person served with said documents refused to state whether or not the party to be served is in the Military Service of the United States of America.

**Additional Information pertaining to this Service:**
2/17/2026  11:20 am  Attempted Service: 1945 S Ocean Drive, 603, Hallandale Beach, FL 33009. Vasili Bykau, the Registered Agent is no longer at this address per security.
2/17/2026  11:35 am  While I was serving Sanzhar Ismailov, Registered Agent for ISMWAYS INC. at an address in Hallandale Beach, FL, I asked him if he knew Vasili Bykau, Registered Agent for co-defendants ARRIAGADA GOURMET FOODS I, INC. and BMU RETAIL GROUP, INC. He does know Vasili Bykau and he gve me Mr. Bykau's phone number, 224-360-7376. I called Vasili Bykau and he reqested service at his office at Sarpinos Pizza, located at 100 E Broward Blvd., Fort Lauderdale, FL 33301.
2/17/2026  1:20 pm  Served at Sarpinos Pizza located at 100 E Broward Blvd.Suite 103, Fort Lauderdale, FL 33301. Vasili Bykau was not available but Nick Viscaino, manager, said he works for Vasili Bykau and he is authorzed to accept service.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 200, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
Ernesto Avila
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000160