UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60383-MIDDLEBROOKS/AUGUSTIN-BIRCH

STEPHANIA DUQUE CORREA,

    Plaintiff,

vs.

BMU RETAIL GROUP, INC., ARRIAGADA
GOURMET FOODS I, INC., ISMWAYS
INC., AND VASILI BYKAU,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, ISMWAYS INC.

    Plaintiff, Stephania Duque Correa, files the Return of Service on Defendant, ISMWAYS INC. (served on February 17, 2026).

    Dated this 19th day of February 2026.

                                                             s/*Samuel G. Gonzalez, Esq.*
                                                             Brian H. Pollock, Esq. (174742)
                                                             brian@fairlawattorney.com
                                                             Samuel G. Gonzalez, Esq. (1011323)
                                                             samuel@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                             135 San Lorenzo Avenue. Suite 770
                                                             Coral Gables, Florida 33146
                                                             Tel:    305.230.4884
                                                             *Counsel for Plaintiff*