# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60383-DMM

Plaintiff:
**STEPHANIA DUQUE CORREA**

vs.

Defendant:
**BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 13th day of February, 2026 at 2:17 pm to be served on **ISMWAYS INC. c/o Sanzhar Ismailov, its Registered Agent, 1901 Atlantic Shores Boulevard, Townhouse #6, Hallandale Beach, FL 33009**.

I, Ernesto Avila, do hereby affirm that on the **17th day of February, 2026** at **11:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Sanzhar Ismailov, as Registered Agent,** for ISMWAYS INC. c/o Sanzhar Ismailov, its Registered Agent, at the address of: **1901 Atlantic Shores Boulevard, Townhouse #6, Hallandale Beach, FL 33009**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Asian, Height: 5'7", Weight: 150, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000161