UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60383-MIDDLEBROOKS/AUGUSTIN-BIRCH

STEPHANIA DUQUE CORREA,

    Plaintiff,

vs.

BMU RETAIL GROUP, INC.,
ARRIAGADA GOURMET FOODS I, INC.,
ISMWAYS INC., and VASILI BYKAU,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, VASILI BYKAU

    Plaintiff, Stephania Duque Correa, files the Return of Service on Defendant, Vasili Bykau (served on March 7, 2026).

    Dated this 9th day of March 2026.

                                                  s/*Samuel G. Gonzalez, Esq.*
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  Samuel G. Gonzalez, Esq. (1011323)
                                                  samuel@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue. Suite 770
                                                  Coral Gables, Florida 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*