# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60383-DMM

Plaintiff:
**STEPHANIA DUQUE CORREA**

vs.

Defendant:
**BMU RETAIL GROUP, INC., ARRIAGADA GOURMET FOODS I, INC., ISMWAYS INC., AND VASILI BYKAU**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 2nd day of March, 2026 at 2:08 pm to be served on **Vasili Bykau, 19599 Broad Shore Walk, Loxahatchee, FL 33470**.

I, Marshall Bishop, do hereby affirm that on the **7th day of March, 2026** at **6:30 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Lidzeiya Bykau** as **Co-Resident** at the residential address of: **19599 Broad Shore Walk, Loxahatchee, FL 33470**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, §48.031(1)(a).

**Description** of Person Served: Age: 80, Sex: F, Race/Skin Color: W, Height: 5'6", Weight: 150, Hair: Grey/White, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Marshall Bishop**
Process Server

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2026000240

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e