UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   0:26-CV-60383

STEPHANIA DUQUE CORREA

    Plaintiff,

v.

BMU RETAIL GROUP, INC.,
ARRIAGADA GOURMET FOODS I, INC.,
ISMWAYS INC., and VASILI BYKAU,

    Defendants.
_____/

## STIPULATION AND JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff, Stephania Duque Correa, and Defendants, BMU Retail Group, Inc., Arriagada Gourmet Foods I, Inc., ISMWays Inc., and Vasili Bykau, through Plaintiff's undersigned counsel and with the consent of counsel for Defendants, hereby stipulate and jointly move this Court for an extension of time for Defendants to respond to the Complaint, and state as follows:

1. Defendants' current deadline to respond to the Complaint has passed or is imminent.

2. The parties are currently engaged in discussions regarding a potential early resolution of this matter.

3. In order to allow the parties additional time to explore settlement and potentially avoid unnecessary litigation, the parties respectfully request a brief extension of time for Defendants to respond to the Complaint.

4. Accordingly, the parties stipulate and jointly request that Defendants' deadline to respond to the Complaint be extended twenty-one (21) days from March 9, 2026, up to and including March 30, 2026.

5. This request is made in good faith and not for purposes of delay.

**WHEREFORE**, the parties respectfully request that the Court enter an Order extending Defendants' deadline to respond to the Complaint up to and including March 30, 2026.

1

Respectfully submitted this 12th day of March 2026,

*s/ Samuel G. Gonzalez*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Samuel G. Gonzalez
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*
