**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-60383-CV-MIDDLEBROOKS

STEPHANIA DUQUE CORREA,

    Plaintiff,

v.

BMU RETAIL GROUP, INC.,
et al.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed April 3, 2026.  (DE 11).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have served neither.

Accordingly, it is **ORDERED and ADJUDGED** that:

1)    This case is **DISMISSED WITHOUT PREJUDICE**.

2)    The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT.**

SIGNED in Chambers at West Palm Beach, Florida, this ___ day of April, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE